IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dieunette Jean Baptiste, | No.  CV-26-02586-PHX-SPL |
| Petitioner, | |
| vs. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner Dieunette Jean Baptiste has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Honorable Camille D. Bibles, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 11), recommending that the Court grant the Petition. Judge Bibles advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 11 at 21) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

The Court will adopt the R&R and grant the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED**:

1.      That Magistrate Judge Camille D. Bibles's Report and Recommendation (Doc. 11) is **accepted** and **adopted** by the Court.

2.      That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **granted**. Respondents must either immediately release Petitioner or, within seven (7) days, provide Petitioner with a bond hearing before a neutral arbiter at which hearing the government shall bear the burden of producing clear and convincing evidence that Petitioner would pose a flight risk or be a danger to the community if released from detention on bond or on recognizance. If a bond hearing is held, the adjudicator must prepare a written, explained decision, rather than checking boxes on a form, describing the clear and convincing evidence proffered by the government that the adjudicator considered when reaching their decision.

3.      That the Clerk of Court shall enter judgment in favor of Petitioner and **terminate** this action.

Dated this 10th day of June, 2026.

Honorable Steven P. Logan
United States District Judge

2